USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,  :
:
:   20 CR 357(VM)
-against-  :   ORDER
:
ADEA BYRD,  :
:
Defendant.  :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Curcio hearing in this matter scheduled for Friday, February 5, 2021 at 1:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         03 February 2021

_____
Victor Marrero
U.S.D.J.