```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :   20-CR-357 (VM)
                                         :
           - against -                   :   ORDER
                                         :
ADEA BYRD,                               :
                                         :
                     Defendant.          :
-----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that C.J.A. attorney Donald DuBoulay is appointed to represent the above-captioned defendant in advising him on the potential conflict identified by the Government in their January 15, 2021 letter. (<u>See</u> Dkt. No. 34.)

**SO ORDERED.**

Dated:   New York, New York
         05 February 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.

(USDC SDNY — DOCUMENT ELECTRONICALLY FILED; DOC #: _____; DATE FILED: 2/5/2021)