```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :         **20 CR 357(VM)**
        -against-                 :            **ORDER**
                                  :
ADEA BYRD,                        :
                                  :
                Defendant.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The conference in this matter scheduled for Friday, March 5, 2021 at 1:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          04 March 2021

_____
               Victor Marrero
                  U.S.D.J.