USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :   20-CR-357 (VM)
                                         :
            - against -                  :   ORDER
                                         :
ADEA BYRD,                               :
                                         :
                      Defendant.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Helen Cantwell, Eric Silverberg, and Katherine Stein of Debevoise & Plimption LLP, appointed to represent the above-captioned defendant, are substituted, and the representation of the defendant is assigned to C.J.A. attorney Donald DuBoulay.

**SO ORDERED.**

Dated:   New York, New York
         05 March 2021

_____
Victor Marrero
U.S.D.J.