```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
         -against-                 :        **20 CR 357 (VM)**
                                   :            <u>ORDER</u>
ADEA BYRD and ROLAND GREEN,        :
                                   :
                   Defendant.      :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in the above matter currently scheduled for Friday, April 9, 2021 at 9:00 A.M. will be rescheduled to Friday, April 9, 2021 at 12:00 P.M. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         31 March 2021

_____
Victor Marrero
U.S.D.J.