```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
     -against-                    :      20 CR 357 (VM)
                                  :         ORDER
ADEA BYRD and ROLAND GREEN,       :
                                  :
                   Defendants.    :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/21

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in the above matter currently scheduled for Friday, June 18, 2021 at 12:00 P.M. will be rescheduled to Friday, June 18, 2021 at 9:00 A.M. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         07 June 2021

_____
Victor Marrero
U.S.D.J.