```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,        :
                                 :
                                 :    **20 CR 357(VM)**
        -against-                :    **ORDER**
                                 :
ADEA BYRD and ROLAND GREEN,      :
                                 :
              Defendants.        :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The Court hereby cancels the status conference currently scheduled for June 18, 2021 at 9:00 AM. The conference shall be rescheduled to Friday, July 2, 2021 at 10:30 a.m.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until July 2, 2021.

    It is hereby ordered that time until July 2, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:     New York, New York
           17 June 2021

_____
Victor Marrero
U.S.D.J.