USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,  :  **20 CR 357 (VM)**
   :
    -against-  :
   :  **ORDER**
ADEA BYRD and ROLAND GREEN,  :
   :
        Defendants.  :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Friday, July 2, 2021 at 10:30 A.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
           29 June 2021

_____
Victor Marrero
U.S.D.J.