**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

UNITED STATES OF AMERICA,      :

                                        :       20 CR 357 (VM)

       -against-               :       ORDER

ADEA BYRD and ROLAND GREEN,    :

                Defendant.    :
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

**VICTOR MARRERO, U.S.D.J.:**

    The status conference currently scheduled for October 8, 2021 is hereby rescheduled. The conference shall be scheduled for Thursday October 14, 2021 at 9:00 a.m.

    It is hereby ordered that time until October 14, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
           06 October 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021