```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :       **20 CR 357 (VM)**
                                   :
        -against-                  :
                                   :           **ORDER**
ADEA BYRD and ROLAND GREEN,        :
                                   :
                Defendants.        :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Thursday, October 14, 2021 at 9:00 A.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         13 October 2021

_____
Victor Marrero
U.S.D.J.