```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/24/2022___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
                                       :          **20 CR 357(VM)**
          -against-                    :             **ORDER**
                                       :
ADEA BYRD and ROLAND GREEN,            :
                                       :
                    Defendants.        :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for Defendants, with the consent of the Government, request that the status conference currently scheduled for January 28, 2022 be adjourned until the Court's in-person conferences resume. (See Dkt. No. 61.) The conference shall be rescheduled for Friday, June 10, 2022 at 1:00 p.m.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until June 10, 2022.

It is hereby ordered that time until June 10, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         24 January 2022

                                        _____
                                        Victor Marrero
                                        U.S.D.J.