```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :        20 CR 357(VM)
        -against-                 :          ORDER
                                  :
ADEA BYRD and ROLAND GREEN,       :
                                  :
            Defendants.           :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The parties jointly request, by email, a 30-day adjournment of the status conference currently scheduled for June 10, 2022. The conference shall be rescheduled for Friday, July 22, 2022 at 1:00 PM.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until July 22, 2022.

It is hereby ordered that time until July 22, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         08 June 2022

                                          _____
                                               Victor Marrero
                                                  U.S.D.J.