```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :        20 CR 357(VM)
        -against-                 :           ORDER
                                  :
ADEA BYRD and ROLAND GREEN,       :
                                  :
                Defendants.       :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    The status conference in the above-captioned matter scheduled for July 22, 2022 is hereby canceled.

**SO ORDERED:**

Dated:  New York, New York
       13 July 2022

                                              Victor Marrero
                                                U.S.D.J.